BTXN 138 (rev. 03/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Senior Care Centers, LLC<br><br>                                    Debtor(s) | § § § § § § | Case No.:   18−33967−sgj11<br>Chapter No.:   11 |
| Alan D. Halperin<br>                                    Plaintiff(s)<br>   vs.<br>The Neuman Foundation, Inc. et al.<br>                                    Defendant(s) | § § § § § § | Adversary No.:   20−03182−sgj<br><br>Civil Case No.:       3:21−CV−01357−C |
| Alan D. Halperin<br>                                    Plaintiff(s)<br>   vs.<br>The Neuman Foundation, Inc. et al.<br>                                    Defendant(s) | § § § § § § § | |

# NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

- ☐ One copy of the Motion to Withdraw Reference (USDC Civil Action No. − DNC Case) **NOTE**: A Status Conference has been set for  at , in _ before U.S. Bankruptcy Judge _. The movant/plaintiff, respondent/defendant or other affected parties are required to attend the Status Conference.

- ☑ One copy of:  Report and Recommendation to the District Court. Entered 7/15/2021 .

**TO ALL ATTORNEYS:** Fed.R.Bankr.P. 5011(a) A motion for withdrawal of a case or proceeding shall be heard by a district judge, [*implied*] that any responses or related papers be filed likewise.


DATED:  7/16/21                                  FOR THE COURT:
                                                 Robert P. Colwell, Clerk of Court

                                                 by: /s/J. Blanco, Deputy Clerk