IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SENIOR CARE CENTERS, LLC | ) | Case No. 18-33967-SGJ-11 |
| | ) | |
| Debtor(s). | ) | |

\* \* \*

| | | |
|---|---|---|
| ALAN D. HALPERIN, *as Unsecured Creditor Trustee for Senior Care Centers, LLC, Et Al.* | ) ) | |
| | ) | |
| Plaintiff(s), | ) ) | |
| v. | ) ) | |
| | ) | Adversary No. 20-03182-SGJ |
| THE NEUMAN FOUNDATION, INC., *Et Al.*, | ) ) | |
| | ) | |
| Defendant(s). | ) | Civil Action No. 3:21-CV-1357-C |

## ORDER

CAME BEFORE THIS COURT FOR CONSIDERATION the Report and Recommendation, signed by the Honorable Stacey G. C. Jernigan, United States Bankruptcy Judge, therein recommending that the District Court: (1) grant Defendant's Motion to Withdraw the Reference at such time as the Bankruptcy Court certifies that litigation is trial-ready; and (2) defer to the Bankruptcy Court the handling of all pretrial matters.[1]

Having reviewing the thorough and well-reasoned Report and Recommendation, the Court is of the opinion that the Report and Recommendation entered by the Bankruptcy Court should be **ADOPTED** as the findings and conclusions of this Court.

---

[1] The Parties have failed to file objections to the Report and Recommendation and the time to do so has now expired.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Withdraw Reference shall be granted, but only at such time as the Bankruptcy Court certifies to this Court that the litigation is trial-ready.

**IT IS FURTHER ORDERED** that the Bankruptcy Court shall handle all pretrial matters, including discovery and the filing of reports and recommendations on dispositive motions, which shall in turn be considered by the undersigned Senior United States District Judge.

**IT IS FURTHER ORDERED** that this civil action be **STAYED** pending further Order of the Court.[2]

SO ORDERED.

Dated August 8, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[2] The stay imposed in this civil action shall be lifted upon the filing of a subsequent report and recommendation or at such time as the Bankruptcy Court certifies to this Court that the litigation is trial-ready.